IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| YVONNE THOMAS | ) | |
| | ) | |
|        Plaintiff, | ) | Cause No.:   03CV01114 TCM |
| v. | ) | |
| | ) | |
| | ) | JURY TRIAL REQUESTED |
| | ) | |
| CITY OF ST. LOUIS BOARD OF POLICE | ) | |
| COMMISSIONERS, Ms. Mary Nelson, | ) | |
| Mr. Michael Quinn, Ms. Susan Rollins, | ) | |
| Mr. Bartholomew Saracino, and | ) | |
| Francis G. Slay, Mayor | ) | |
| | ) | |
|        Defendants. | ) | |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff, Yvonne Harris, by and through her undersigned attorney, Herman L. Jimerson, may refer to the following exhibits during trial:

1. Special Order, Procedures for Handling Mentally Ill… Persons.

2. Records Section Correspondence regarding the nonexistence of a police report.

3. Affidavit of the Authenticity of Metropolitan St. Louis Psychiatric Records.

4. Department of Mental Health Discharge Summary

5. Department of Mental Health Medical and Psychiatric Assessment

Respectfully submitted,

/s/ Herman L. Jimerson
Herman L. Jimerson, #10509
225 S. Meramec, Suite 508
Clayton, MO 63105
(314) 862-0069
(314) 862-4131 (Fax)

Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Exhibit List was served by way of electronic filing on the 15th Day of February 2005 to Defendant's counsel of record, William Ryan Kennedy and Doug Leyshock, Assistant Attorneys General.

                                              /s/ Herman L. Jimerson
                                              Attorney for Plaintiff