## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| YVONNE THOMAS, | ] |
| Plaintiff, | ] |
| v. | ] Case o: 4:03CV01114TCM |
| ST. LOUIS BOARD OF POLICE COMMISSIONERS, | ] |
| Defendants. | ] |

### DEFENDANTS' PROPOSED WITNESS AND EXHIBIT LIST

Defendants identify the following persons as witnesses who will or may be asked to testify during presentation of their case-in-chief. Those who will be called are indicated by an asterisk:

      Off. Andre Smith*
      Off. Jerry Lattimore*
      Sgt. Fred Turner*
      Lt. Stephen Cheli
      Vincent Dunn*
      Sylvia Jankowski
      Yvonne Thomas*
      Dr. Jyothi Mandava
      Dr. Kulsoom Junaid
      Dr. Mark  McCain
      Custodian of Records, Christian Hospital Northeast
      Custodian of Records, Barnes Jewish Hospital
      Custodian of Records, St. Louis Connect Care
      Custodian of Records, St. Louis Heart and Vascular Center

In listing the following exhibits, defendants reserve the right to utilize additional exhibits not listed for impeachment purposes as circumstances warrant.  Specifically, defendants expressly reserve the right to introduce plaintiff's medical records from Dr.

Mack McCain, St. Louis Connect Care, Christian Hospital Northeast, St. Louis Heart & Vascular Center, and any other physician or entity plaintiff alludes to in support of her claims of damage.  Such records, if used at all, will be authenticated through the use of affidavits or a record custodian.  With those caveats, the following exhibits will or are expected to be used during the testimony of one or more witnesses.  Those exhibits that will be used are indicated with an asterisk:

| | |
|---|---|
| Def. Ex. A | Special Order 90-S-13 (eff. 8/20/90)* |
| Def. Ex. B | St. Louis Metropolitan Psychiatric Center medical records for Yvonne Thomas* |
| Def. Ex. C | Photographs of Yvonne Thomas' home and yard* |
| Def. Ex. D | Affidavit by Off. Jerry Lattimore* |
| Def. Ex. E | Audio tape of complaint and dispatch directive Compiled from police records |

Defendants' exhibits A and B constitute business records for either the St. Louis Police Dept. or the St. Louis Metropolitan Psychiatric Center.  The facts establishing those records as business records will be authenticated via affidavit.  Those affidavits have been provided to the Court's clerk and opposing counsel as required by the pretrial order.

Respectfully submitted,

JEREMIAH W. (JAY) NIXON
Attorney General

*/s/ Doug Leyshock*

Doug Leyshock
Assistant Attorney General
Attorney Registration No. 47912

                                                            P.O. Box 899
                                                            Jefferson City, MO 65102
                                                            Phone (573) 751-3321
                                                            Fax (573) 751-9456

                                                            ATTORNEYS FOR DEFENDANTS
                                                            SMITH AND  LATTIMORE

<u><strong>CERTIFICATE OF SERVICE</strong></u>

     I hereby certify that on March  23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I have mailed by United States Postal Service the above document to all non CM/ECF participants:

>Herman L. Jimmerson
>225 S. Meramec, Suite 508
>Clayton, Mo 63105

                                                                               */s/ Doug Leyshock*
                                                                          Assistant Attorney General