IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| YVONNE THOMAS | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.:   03CV01114 TCM |
| v. | ) | |
| | ) | |
| ST. LOUIS BOARD OF POLICE COMMISSIONERS, | ) ) | |
| | ) | |
| Defendants. | ) | |

PLAINTIFF'S LIST OF TRIAL EXHIBITS

COMES NOW the Plaintiff, by and through her attorney, Herman L. Jimerson, and hereby presents a list of Exhibits which may be presented at trial.

1. Deposition of Plaintiff, Yvonne Thomas;

   Pages 27, 29, 34, 35, 51, 52, 56, 79, 87, 88, 101-107, 122

2. Deposition of Plaintiff's daughter, Scharolette McNear

   Pages 13; 15; 17, 21 – 25; 28 – 30; 33; 36; 38; 43; 50

3. Witness Solomon McNear

   Pages 13 – 16; 18; 19; 25 -29

4. Special Order, Procedures for Handling Mentally Ill . . . Persons

5. Records Section Correspondence regarding the nonexistence of a police report

6. Affidavit of Authenticity of Metropolitan St. Louis Psychiatric Records

7. Department of Mental Health Discharge Summary

8. Department of Mental Health Medical and Psychiatric Assessment

                Respectfully submitted,

                /s/ Herman L. Jimerson
                Herman L. Jimerson, #10509
                Jimerson Law Firm
                225 S. Meramec, Suite 508
                Clayton, MO 63105
                (314) 862-0069
                (314) 862-4131 (Fax)

                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing List of Exhibits for Trial was sent by way of electronic filing on this 23rd day of March 2007 to Defendant's counsel of record, Doug Leyshock, Assistant Attorneys General.

                /s/ Herman L. Jimerson