EXHIBIT LIST

Style: Thomas v. St. Louis City of, et al., Case Number: 4:03CV1114TCM

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| C3 | | 4/2 | 1 | | | Photograph | |
| C2 | | 4/2 | 1 | | | Photograph | |
| C6 | | 4/2 | 2 | | | Photograph | |
| C1 | | 4/2 | 3 | | | Photograph | |
| C5 | | 4/2 | 3 | | | Photograph | |
| 7 | | 4/2 | 4 | | | Dept. of Mental Health Discharge Summary | |
| | F | 4/2 | 4 | | | Pltf Proposed Stipulation of Facts | |
| | B | 4/2 | 4 | | | St. Louis Metropolitan Psych. Ctr. Medical Records of Yvonne Thomas | |
| 5 | | 4/3 | 5 | | | Records Section Correspondence re: nonexistence of police report | |
| | D | 4/3 | 8 | | | Affidavit by Officer Jerry Lattimore | |

☐ EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used    W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red    ADMITTED = use ✓ and date

Page 1 of 1