# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

YVONNE THOMAS,

    Plaintiff(s),

v.     CASE NUMBER:    4:03CV1114TCM

ST. LOUIS, CITY OF, ET AL.,

    Defendant(s).

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendants Andre Smith and Jerry Lattimore and against plaintiff Yvonne Thomas, and that plaintiff takes nothing.

James G. Woodward
CLERK

April 3, 2007
DATE

By: _J. M. Webb_
J. M. Webb
DEPUTY CLERK