RECEIVED
APR 2 0 2007
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Yvonne Thomas,
   Plaintiff,

vs. St.Louis Board of Police Commissioners,
   Defendant(s).

Case No. 4:03CV01114TCM

## MOTION TO PROCEED WITHOUT PREPAYMENT OF COSTS AND AFFIDAVIT IN SUPPORT THEREOF

I, Yvonne Thomas, hereby apply for leave to proceed in the above-entitled action without prepayment of fees or costs and without giving security therefore. In support of my application, I declare that the following facts are true:

(1) I am the plaintiff in the above-entitled case and I believe I am entitled to redress.

(2) Because of my poverty I am unable to pay the costs of said proceeding or give security therefor.

(3) The nature of my action, defense or appeal is briefly stated as follows: Please! waive the fileing fee, I am on a low buget and cannot afford.

Sincerely yours,
Thank you!

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 20, 2007.

_____
Signature of Plaintiff