# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

June 30, 2009

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

    Re: Yvonne Thomas
        v. St. Louis Board of Police Commissioners, et al.
        No. 08-11141
        (Your No. 07-2018)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on June 19, 2009 and placed on the docket June 29, 2009 as No. 08-11141.

        Sincerely,

        **William K. Suter**, Clerk

        by

        Heather Trant
        Case Analyst